ASSOCIATED BOND CONSTRUCTION
COMPANY

v.

GRIFFIN CORPORATION et al.

No. 83–184–A.

Supreme Court of Rhode Island.

Jan. 5, 1983.

Robert S. Bruzzi, Providence, for plaintiffs.

Frederick Lawrence, North Kingstown, for defendant.

ORDER

The defendant's motion to reconsider, as prayed, is denied.

HELIOS, INC.

v.

TRANSIT CASUALTY COMPANY.

No. 83–475–A.

Supreme Court of Rhode Island.

Jan. 5, 1983.

Anthony DiPetrillo, Providence, for plaintiff.

Anthony G. Iannuccillo, Providence, for defendant.

ORDER

Treating the defendant's motion to affirm as a motion to dismiss plaintiff's appeal as premature, said motion to dismiss is hereby granted.

JACOB LICHT, INC.

v.

Robert L. CONSIDINE.

No. 83–107–A.

Supreme Court of Rhode Island.

Jan. 5, 1983.

Robert Fine, Providence, for plaintiff.

William K. O'Donnell, Providence, for defendant.

ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is hereby granted.